**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 26-CR-20369 -RUIZ/LOUIS
**18 U.S.C. § 371**
**18 U.S.C. § 981(a)(1)(C)**

**UNITED STATES OF AMERICA**

**vs.**

**RAFAEL GUERRERO,**

**Defendant.**
_______________________________________/

FILED BY CDB01 D.C.
Sep 9, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**INFORMATION**

The United States Attorney charges that:

Beginning at least as early as in or around February 2021, and continuing through in or around July 2021, in the Southern District of Florida, and a place outside the United States, including Haiti and elsewhere, the defendant,

**RAFAEL GUERRERO,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the United States Attorney, to commit an offense against the United States, that is:

(1) to knowingly begin and set on foot, and provide and prepare a means for, and furnish the money for, and take part in, a military expedition and enterprise to be carried on from the United States against the territory and dominion of a foreign state, namely the country of Haiti, with which the United States is at peace, in violation of Title 18, United States Code, Section 960; and

(2) to fraudulently and knowingly export and send from the United States to Haiti merchandise, articles, and objects, that is, ballistic vests, contrary to laws and regulations of the United States, that is, Title 13, United States Code, Section 305 and Title 15, Code of Federal Regulations, Part 30, and receive, conceal, buy, sell, and facilitate the transportation, concealment, and sale of such merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to such laws and regulations of the United States, in violation of Title 18, United States Code, Section 554.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the defendant and others committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1. On or about February 9, 2021, CHRISTIAN SANON sent a text message to FREDERICK JOSEPH BERGMANN, Jr. entitled: "Memorandum of Understanding for refoundation of the Republic of Haiti between personalities and leaders," which contained a document stating that CHRISTIAN SANON intended to become the President of Haiti as part of a "breakthrough transition."

2. On or about April 7, 2021, CHRISTIAN SANON, ARCANGEL PRETEL ORTIZ, ANTONIO INTRIAGO, WALTER VEINTEMILLA, JACOB ISRAEL, and others conducted a meeting to discuss attempting to violently overturn the existing government of Haitian President Jovenel Moise and install CHRISTIAN SANON as the new President of Haiti.

3. On or about April 30, 2021, Worldwide Capital Lending Group ("Worldwide"), whose principal was WALTER VEINTEMILLA, provided CTU Federal Academy ("CTU"),

whose principals were ARCANGEL PRETEL ORTIZ and ANTONIO INTRIAGO, with a $175,000 line of credit to finance support for CHRISTIAN SANON, with **RAFAEL GUERRERO** signing as a "witness."

4. On or about May 5, 2021, **RAFAEL GUERRERO** attended a meeting with WALTER VEINTEMILLA, CHRISTIAN SANON, ARCANGEL PRETEL ORTIZ, ANTONIO INTRIAGO, and FREDERICK JOSEPH BERGMANN, Jr., at WALTER VEINTEMILLA's residence in the Southern District of Florida and discussed attempting to violently overturn the existing government of Haitian President Jovenel Moise and installing CHRISTIAN SANON as the new President of Haiti.

5. On or about May 15, 2021, **RAFAEL GUERRERO** attended a meeting with WALTER VEINTEMILLA, ARCANGEL PRETEL ORTIZ, ANTONIO INTRIAGO, and JAMES SOLAGES at Worldwide's office in the Southern District of Florida and discussed attempting to violently overturn the existing government of Haitian President Jovenel Moise and installing CHRISTIAN SANON as the new President of Haiti.

6. On or about May 17, 2021, CHRISTIAN SANON signed a "Consultant Agreement" with CTU, whereby CTU would provide CHRISTIAN SANON and other co-conspirators with, among other things, ballistic vests for CHRISTIAN SANON's "private military" forces in Haiti.

7. On or about May 19, 2021, WALTER VEINTEMILLA and JACOB ISRAEL signed a written agreement entitled "Memorandum of Understanding," with the stated purpose of "developing of projects in Haiti . . . for the purpose of regime change."

8. On or about June 2, 2021, WALTER VEINTEMILLA, as principal of Worldwide, paid $9,145.00 to fund the travel of approximately 18 additional Colombian mercenaries to Haiti for the purpose of violently attempting to overturn the existing government of Haitian President Jovenel Moise and installing CHRISTIAN SANON as the new President of Haiti.

9. During June 2021, **RAFAEL GUERRERO** attended various meetings at Worldwide's office with WALTER VEINTEMILLA, ARCANGEL PRETEL ORTIZ, and ANTONIO INTRIAGO and discussed obtaining firearms and ammunition, and smuggling Level III CTU ballistic vests from the Southern District of Florida to Haiti, for the Colombian mercenaries in order to attempt to violently overturn the existing government of Haitian President Jovenel Moise and install CHRISTIAN SANON as the new President of Haiti.

10. On or about June 3, 2021, WALTER VEINTEMILLA sent a text message to ANTONIO INTRIAGO about smuggling Level III CTU ballistic vests from the Southern District of Florida to Haiti and stated: "Why don't you ask James [SOLAGES] if he has friends or family here [in the Southern District of Florida] who could fly out [to Haiti] and bring back two suitcases?"

11. On or about June 3, 2021, WALTER VEINTEMILLA, as principal of Worldwide, wired $15,000 to JAMES SOLAGES to fund the co-conspirators' acquisition of ammunition.

12. On or about June 7, 2021, **RAFAEL GUERRERO** assisted WALTER VEINTEMILLA in preparing a ledger containing the amount of funds expended by the co-conspirators toward the operation to violently attempt to overturn the existing government of Haitian President Jovenel Moise and install CHRISTIAN SANON as the new President of Haiti.

13. On or about June 9, 2021, ANTONIO INTRIAGO sent a text message to WALTER VEINTEMILLA in relation to unlawfully exporting Level III CTU ballistic vests from the Southern District of Florida to Haiti for the Colombian mercenaries, which stated: "Walter tomorrow I'll be sending 20 vest before 8am so they get there at 2pm with the uniforms if everything goes all right we'll send 4 more shipments to complete the 100."

14. On or about June 10, 2021, CHRISTIAN SANON, ANTONIO INTRIAGO, and FREDERICK JOSEPH BERGMANN, Jr. caused a shipping company to unlawfully export approximately 20 Level III CTU ballistic vests, for the Colombian mercenaries, from the Southern District of Florida to Haiti, with ANTONIO INTRIAGO providing written confirmation to **RAFAEL GUERRERO**.

15. On or about June 10, 2021, **RAFAEL GUERRERO** attended a meeting at Worldwide's office and assisted WALTER VEINTEMILLA, ARCANGEL PRETEL ORTIZ, and ANTONIO INTRIAGO in creating a "Consultant Agreement" between Worldwide, CTU, and Windelle Coq-Thelot in order to violently attempt to overturn the existing government of Haitian President Jovenel Moise and install Windelle Coq-Thelot as the new President of Haiti.

16. Or about June 18, 2021, **RAFAEL GUERRERO** attended meetings at Worldwide's office with WALTER VEINTEMILLA, ARCANGEL PRETEL ORTIZ, ANTONIO INTRIAGO, and other co-conspirators and discussed kidnapping President Moise at the Toussaint Louverture International Airport in Haiti and installing Windelle Coq-Thelot as the new President of Haiti.

17. On or about June 28, 2021, JAMES SOLAGES flew from Haiti to the Southern District of Florida to deliver a purported Haitian immunity agreement, with Windelle Coq-Thelot's

forged signature, to WALTER VEINTEMILLA, ARCANGEL PRETEL ORTIZ, and ANTONIO INTRIAGO at Worldwide's office in the Southern District of Florida.

18. On or about July 1, 2021, JAMES SOLAGES returned from the Southern District of Florida to Haiti to participate in the operation against President Moise.

19. On or about July 7, 2021, JAMES SOLAGES, JOSEPH VINCENT, the 20 Colombian mercenaries, and other conspirators travelled in a convoy of vehicles to President Moise's residence and assassinated President Moise.

20. On or about July 7, 2021, upon learning that the 20 Colombian mercenaries, JAMES SOLAGES, and JOSEPH VINCENT had been surrounded by Haitian law enforcement, **RAFAEL GUERRERO** attended meetings at Worldwide's office with WALTER VEINTEMILLA, ARCANGEL PRETEL ORTIZ, JACOB ISRAEL, and others and discussed how to best conceal their involvement in the operation.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant **RAFAEL GUERRERO** has an interest.

2. Upon conviction of any violation of Title 18, United States Code, Section 371 as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.** 26-CR-20369-RUIZ/LOUIS

**v.**

RAFAEL GUERRERO,
______________________________/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _______
Number of New Defendants _______
Total Number of New Counts _______

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _______________
4. This case will take 0 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| **(Check only one)** | | **(Check only one)** |
|---|---|---|
| I | ☒ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☒ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _______________ Case No. _______________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _______________ Magistrate Case No. _______________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Jacqueline Becerra Case No. 22-CR-20104-JB(s)(s)(s)(s)(s)
9. Defendant(s) in federal custody as of _______________
10. Defendant(s) in state custody as of _______________
11. Rule 20 from the _________ District of _______________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: _______________
SEAN T. MCLAUGHLIN
Assistant United States Attorney
SDFL Court ID No. A5501121

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **RAFAEL GUERRERO**

**Case No:** 26-CR-20369 -RUIZ/LOUIS

Count #: 1

Conspiracy to Commit Offenses Against the United States

Title 18, United States Code, Section 371

*** Max. Term of Imprisonment: 5 Years' Imprisonment**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 Years**
*** Max. Fine: $250,000.00**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**